IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-317-CMA-9

UNITED STATES OF AMERICA

    Plaintiff,

v.

9.    VICTOR GARCIA,

    Defendant.

---

### ORDER REGARDING DEFENDANT'S UNOPPOSED MOTION TO MODIFY THE CONDITIONS OF RELEASE TO ALLOW HIM TO RESIDE AND BE SUPERVISED IN FLORIDA FOR THE DURATION OF THIS CASE

---

THIS MATTER came before the Court for a hearing on October 14, 2015 on Defendant's Unopposed Motion to Modify the Conditions of Release to Allow Him to Reside and Be Supervised in Florida for the Duration of This Case ("Unopposed Motion to Modify") [#268]. The Motion reflected that the government did not have an objection to the relief sought, and counsel for the government did not appear at the hearing. Defendant appeared, and was represented by Matthew Buck.

At the hearing, Mr. Buck affirmatively represented that the Unopposed Motion to Modify was in error when it represented that "Mr. Garcia has turned in his passport to the probation office in Colorado Springs." Counsel represented and Mr. Garcia confirmed that Mr. Garcia was not in possession of his passport and did not know where it was located. In addition, counsel represented and Mr. Garcia confirmed that there are no firearms located at his resident at 392 Laguna Avenue, Key Largo, Florida 33037. Finally, a discussion was held on the record regarding Mr. Garcia's financial status and ties to Cuba.

Upon consideration of the Unopposed Motion to Modify and information contained in the Pretrial Report, IT IS ORDERED:

(1)    The court GRANTS the Motion to Modify [#268] IN PART, and DENIES IN PART;

(2)    Mr. Garcia must secure $10,000 (through his property or by a deposit of an additional $7500 in the court registry) of his total $25,000 bond PRIOR TO physically leaving Colorado;

(3) Mr. Garcia is permitted to reside at 392 Laguna Avenue, Key Largo, Florida 33037;

(4) Mr. Garcia is subject to and must report to supervision in Florida as directed by his current Pretrial Service Officer;

(5) Mr. Garcia's travel is restricted to the Florida and Colorado, and all points directly in between that are necessary to access in order to attend his court hearings;

(6) All other conditions of his release, including but not limited to the requirement to forfeit any passport within 48 hours and not obtain any additional or alternative travel documents, remain in full force and effect.

DATED: October 14, 2015                                            BY THE COURT:

s/Nina Y. Wang
United States Magistrate Judge